UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Case No. 2:11-cv-00116-WOB-CJS

Eastern District of Kentucky
**FILED**

OCT 9 2011

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

NKY Med, LLC, a Kentucky
Limited Liability Company,

    Plaintiff,

v.

CITY OF COVINGTON, a
Kentucky municipal corporation,
the CITY OF COVINGTON
BOARD OF ADJUSTMENT, and
CURT FREESE, in his official
capacity as zoning specialist for
the City of Covington,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

This matter comes before the Court on the Motion of the Plaintiff for leave to file a Reply to the Defendant's Response to the Motion for Summary Judgment and the Court being sufficiently advised

IT IS HEREBY ODERED as follows:

    1.    The Plaintiff's motion is granted and the Reply attached to the Plaintiff's Motion shall be filed immediately upon entry of this Order;

    2.    This matter shall be submitted to the Court for determination on the Motion for Preliminary Injunction or further Orders of the Court.

_William Bertelsman_
HON. WILLIAM O. BERTELSMANj Judge
United States District Court
Eastern District of Kentucky