UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-116 (WOB-CJS)

NKY MED, LLC                                            PLAINTIFF

VS.                                <u>ORDER</u>

CITY OF COVINGTON, ET AL.                DEFENDANTS

This matter is before the court on the plaintiff's motion for preliminary injunction (Doc. #10) and defendants' motion to dismiss (Doc. #11), and the court being advised,

**IT IS ORDERED** that oral argument on such motions be, and it hereby is, set on **Friday, December 2, 2011 at 1:30 p.m.**

This 27th day of October, 2011.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge