UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CIVIL ACTION NO. 11-CV-00116-WOB-JGW

Eastern District of Kentucky
**FILED**
JUL 3 1 2012
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

NKY MED, LLC                                                                        PLAINTIFF

vs.

CITY OF COVINGTON,                                                          DEFENDANTS
a Kentucky municipal corporation,
and the CITY OF COVINGTON
BOARD OF ADJUSTMENT

## AGREED ORDER OF DISMISSAL OF CLAIMS
(Electronically Filed)

The parties being in agreement as to a dismissal with prejudice of claims by plaintiff NKY Med, LLC ("NKY Med") against defendants City of Covington, a Kentucky municipal corporation, and the City of Covington Board of Adjustment ("City") and the Court being otherwise sufficiently advised, it is hereby ORDERED:

1. All claims herein asserted by NKY Med against the City are dismissed with prejudice.

2. The parties shall be responsible for their respective costs and fees.

That there be no just cause for delay, this order is final.

Dated this 30th day of July, 2012.

_William O. Bertelsman_
JUDGE WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE

1

Have Seen and Agree:

  /s/ Frank E. Warnock
Frank E. Warnock, Esq.
Attorneys for Defendants


  /s/ David E. Davidson
David E. Davidson, Esq.
James K. Green
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

On July 27, 2012, I electronically filed this document through CM/ECF system which will send a notice of electronic filing to:

David E. Davidson, Esq.
Strauss & Troy, LPA
Suite 1400
50 East River Center Boulevard
Covington, Kentucky 41011

James K. Green, Esq.
JAMES K. GREEN, P.A.
Suite 1650, Esperanto
222 Lakeview Avenue
West Palm Beach, Florida 33401
(admitted *pro hac vice*)


                                        /s/ Frank E. Warnock
                                        Frank E. Warnock, Esq.